**Opinion issued April 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00138-CR

————————————

**JOKOBAI ZANTA LINTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 12-DCR-061313**

## MEMORANDUM OPINION

Appellant, Jokobai Zanta Linton, attempts a second appeal of his conviction for the offense of burglary of a habitation, signed on June 23, 2014, with a nunc pro tunc order signed on July 2, 2014. We dismiss.

Although Linton pleaded guilty and was sentenced in accordance with a plea bargain with the State, he appealed the conviction in 2014 and the appeal was dismissed because Linton had no right to appeal. *See Linton v. State*, No. 01–14–00570–CR, 2014 WL 6068560 (Tex. App.—Houston [1st Dist.] Nov. 13, 2014, no pet.) (trial court certification provided that appellant had no right to appeal because it was plea-bargain case and this Court dismissed because record supported certification). Mandate issued on January 23, 2015.

The record reflects that Linton is now attempting a second appeal of that conviction. His February 14, 2019 notice of appeal from his 2014 conviction is untimely and he is not entitled to a second appeal of the same conviction. *See Confer v. State*, No. 03–19–00043–CR, 2019 WL 908289, at *1 (Tex. App.—Austin Feb. 22, 2019, no pet.). Thus, we lack jurisdiction and must dismiss the appeal for lack of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 526 (Tex. Crim. App. 1996) (dismissing appeal for lack of jurisdiction because notice of appeal untimely); *McDonald v. State*, 401 S.W.3d 360, 361–62 (Tex. App.—Amarillo 2013, pet. ref'd) (dismissing for lack of jurisdiction appellant's second attempted appeal of conviction that had been previously affirmed).

We dismiss the appeal for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).